JOSEPH D. POWER and another *v*. ALBERT ROOT.

Where a debtor, upon the presentation to him of a bill for clothing, struck out one item, and wrote after it, "Never got it;" *held* sufficient to warrant the inference that he received and was chargeable with the other articles enumerated therein.

APPEAL by the defendant from a judgment upon an account.

*J. Bancroft Stevens*, for the appellant.

*Charles C. Marsh*, for the respondent.

BY THE COURT. · WOODRUFF, J.—The conduct of the defendant, when the bill of the plaintiff was presented to him for payment, in striking out the charge for a silk velvet coat with red ink, and writing thereunder "*Never got it*, A. Root," warranted the inference that he did receive the other two articles; and if so he was liable to pay for them.

The witness, although he had never seen the defendant before

---

(*a*) See 2 E. D. Smith, 401.

he presented the bill, identifies him as the defendant in the cause, and whom he had seen conferring with his counsel in court.

The judgment should be affirmed.